# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

HAMIDULLAH,
     Detainee,
     United States Air Force Base at
     Bagram, Afghanistan, and

WAKEEL KHAN
     as Next Friend to HAMIDULLAH

     Petitioners,


     v.


BARACK OBAMA
     President of the United States,

ROBERT M. GATES
     Secretary of Defense,

COL. JACK L. BRIGGS II
     Commander,

     and

JOHN AND/OR JANE DOES Nos. 1 - 5,
     Custodians,


     Respondents.

Civil Action No.  10-758 (JDB)

## ORDER

Upon consideration of [8] Hamidullah's amended petition for a writ of habeas corpus,

[11] respondents' motion to dismiss the amended petition, the memorandum in support thereof

and opposition thereto, the motions hearing held on July 16, 2012, and the entire record herein,

and for the reasons explained in the memorandum opinion issued on this date, it is hereby

**ORDERED** that the motion to dismiss is **GRANTED** and the amended petition for habeas

corpus is **DISMISSED**.

       **SO ORDERED.**


                         /s/ John D. Bates
                         JOHN D. BATES
                       United States District Judge



Dated: October 19, 2012